1 | **LAW OFFICES OF BUCHSBAUM & HAAG, LLP**
BRENT S. BUCHSBAUM, CSBN: 194816
2 | *brent@buchsbaumhaag.com*
LAUREL N. HAAG, CSBN: 211279
3 | *laurel@buchsbaumhaag.com*
100 Oceangate, Suite 1200
4 | Long Beach, California 90802
Telephone: (562)733-2498
5 | Facsimile: (562)628-5501

6 | Attorneys for AMADOR CONTRERAS, Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| AMADOR CONTRERAS, an individual<br><br>Plaintiff;<br><br>vs.<br><br>ARMSTRONG FLOORING, INC., a Pennsylvania corporation; and DOES through 50, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02627 PSG (SKx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41(a)(1)**(ii)<br><br>Complaint Filed:   February 3, 2020 |

**IT IS HEREBY STIPULATED,** by and between the parties hereto, through their respective counsel of record, that the action in its entirety, shall be dismissed with prejudice pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii). The parties shall respectively bear their own attorney fees and costs.

Dated:   September 23, 2020     LAW OFFICES OF BUCHSBAUM & HAAG, LLP

                                *N. Haag*
                                By___*/s/ Laurel N. Haag*_____
                                Laurel N. Haag, Attorneys for Plaintiff
                                AMADOR CONTRERAS


Dated: September 23, 2020     FISHER & PHILLIPS


                                      */s/ Kristen J. Nesbit*
                                By _____
                                Kristen J. Nesbit, Attorneys for Defendant
                                ARMSTRONG FLOORING, INC.

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4

This certifies, pursuant to Local Rule 5-4.3.4, that all signatories to this document concur in its content and have authorized this filing.

Dated: September 23, 2020    LAW OFFICES OF BUCHSBAUM & HAAG, LLP


By___/s/ *Laurel N. Haag*___
Laurel N. Haag, Attorneys for Plaintiff

STIPULATION FOR DISMISSAL WITH PREJUDICE