FILED
CLERK, U.S. DISTRICT COURT
10/1/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: WH DEPUTY

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

AMADOR CONTRERAS, an individual

Plaintiff;

vs.

ARMSTRONG FLOORING, INC., a Pennsylvania corporation; and DOES through 50, inclusive,

Defendants.

Case No.: 2:20-cv-02627 PSG (SKx)

**~~[PROPOSED]~~ ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION**

Complaint Filed: February 3, 2020

GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN IT'S ENTIRETY, IS DISMISSED WITH PREJUDICE.

Dated: 10/01/2020 ~~September ___, 2020~~

PHILIP S. GUTIERREZ

Hon. Phillip S. Gutierrez, Presiding Judge

//